**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Cleardrop, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   4 5 – 3 0 2 2 7 6 4

4. **Debtor's address**

   **Principal place of business**

   648 West Randolph Street
   Number     Street

   _____

   Chicago, Illinois 60661
   City                State     ZIP Code

   Cook
   County

   **Mailing address, if different from principal place of business**

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City                State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____
   City                State     ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    Cleardrop, LLC
         Name                                                        Case number (*if known*)_____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  5  4  1  5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____   When _____   Case number _____
                                        MM / DD / YYYY
         District _____   When _____   Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.   Debtor _____   Relationship _____
         District _____   When _____
                                                    MM / DD / YYYY
         Case number, if known _____

Official Form 201                  Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page **2**

Debtor  Cleardrop, LLC                                      Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☒ Other  Leased office and a combination of leased and owned furniture, fixtures and equipment.<br><br>**Where is the property?**  648 West Randolph Street<br>                                Number       Street<br><br>Chicago                          IL        60661<br>City                             State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☒ Yes. Insurance agency  Alper Services<br>Contact name  Ashley Gallegos<br>Phone  (312) 867-7310 |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000<br>☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☒ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  Cleardrop, LLC
        Name

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/24/2016
              MM / DD / YYYY

✗ _____     Jan Hendrik Mensen
Signature of authorized representative of debtor     Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Nancy A. Peterman          Date  02/24/2016
Signature of attorney for debtor              MM / DD / YYYY

Nancy A. Peterman
Printed name

Greenberg Traurig, LLP
Firm name

77 West Wacker Drive, Suite 3100
Number    Street

Chicago                               Illinois      60601
City                                  State         ZIP Code

312-456-8400                          petermann@gtlaw.com
Contact phone                         Email address

6208120                               Illinois
Bar number                            State

**UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
OF
CLEARDROP, LLC
(a Delaware limited liability company)**

**(Pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act)**

February 24, 2016

THE UNDERSIGNED, in their capacity as all of the Directors (as defined in the LLC Agreement (as defined below) and hereinafter referred to as the "**Directors**") constituting the Board of Directors (as defined in the LLC Agreement and hereinafter referred to as the "**Board**") of ClearDrop, LLC, a Delaware limited liability company (the "**Company**"), by this Unanimous Written Consent (this "**Consent**"), in accordance with the Amended and Restated Limited Liability Company Agreement of the Company, entered into effective as of February 16, 2016 (the "**LLC Agreement**"), and Section 18-404(d) of the Delaware Limited Liability Company Act, 6 *Del. C.* §§ 18-101 *et seq.* (the "**Act**"), do hereby consent to and do hereby adopt the following resolutions (the "**Resolutions**") and direct that this Consent be filed in the records of the Company:

**Approval of Bankruptcy Filing:**

WHEREAS, the Board has considered the business and financial conditions and results of operations of the Company, on the date hereof, including the assets and liabilities of the Company;

WHEREAS, the Board has reviewed, considered and received the recommendations of the management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under Chapter 7 of the United States Bankruptcy Code, 11 *U.S.C.* §§ 101, *et seq.* (the "**Chapter 7 Case**"); and

WHEREAS, the Board deems that it is advisable that the Company be authorized and empowered to file, at such time as it is deemed necessary or advisable by one or more Authorized Persons (as defined below), a petition to commence the



Chapter 7 Case, as may be necessary and appropriate to implement the orderly liquidation of the Company.

NOW, THEREFORE, BE IT RESOLVED, that, based on factors and information deemed relevant by the Board and in the reasonable business judgment of the Board, it is hereby determined to be advisable under the circumstances set forth herein, that a petition be filed on behalf of the Company to commence a Chapter 7 Case;

FURTHER RESOLVED, that the officers of the Company, including, without limitation, Jan Hendrik Mensen, the President of the Company (collectively, the "**Authorized Persons**," and each, an "**Authorized Person**") be, and each hereby is, authorized, empowered and directed, for, in the name of and on behalf of the Company, to prepare or cause the preparation of a petition on behalf of the Company to commence a Chapter 7 Case and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, in such form and at such time as any Authorized Person shall determine;

FURTHER RESOLVED, that the Authorized Persons be, and each hereby is, authorized, empowered and directed to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such Authorized Persons may deem necessary or proper in connection with the Chapter 7 Case;

FURTHER RESOLVED, that the Authorized Persons be, and each hereby is, authorized, empowered and directed, for, in the name of and on behalf of the Company, to employ professionals, including any attorneys, financial advisors or consultants to the Company as any Authorized Person may deem necessary to advise, represent and assist the Company in connection with filing the Chapter 7 Case and carrying out their duties in the Chapter 7 Case and to provide consulting, professional and other assistance in connection with the acts and transactions contemplated by these resolutions;

FURTHER RESOLVED, that any Authorized Person be, and each hereby is, authorized, empowered and directed, for, in the name of and on behalf of the Company, to execute and verify a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code, 11 *U.S.C.* §§ 101 *et seq.* on behalf of the Company and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois;

**General Authority:**

FURTHER RESOLVED, that each of the Authorized Persons be, and each acting alone hereby is, authorized, empowered and directed, for, in the name of and on behalf of the Company, to take such lawful actions and to do all lawful things which any such Authorized Person may deem necessary or appropriate in connection with these Resolutions;

FURTHER RESOLVED, that any lawful action taken or lawful thing done by any Authorized Persons in connection with these Resolutions or the matters authorized hereby be, and each hereby is, authorized, approved and adopted;

FURTHER RESOLVED, that this Consent may be executed in one or more counterparts, each of which shall constitute an original, but which together shall constitute one and the same document; and

FURTHER RESOLVED, facsimile and .pdf signatures shall constitute original signatures for all purposes of this Consent.

*Signature Page to Follow*

3



IN WITNESS WHEREOF, the undersigned have executed this Consent as of the date first above written.

**DIRECTORS:**

_____
Jan Hendrik Mensen


Vincent Rijnbeek